AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Kenney , Brian F. | **2. Court or Organization**<br><br>Bankruptcy - Eastern District of Virginia | **3. Date of Report**<br><br>05/13/2019 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>Bankruptcy Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

200 South Washington St.
Alexandria, VA 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee | Walter Chandler Inn of Court |
| 2. | Planning Committee (Continuing Legal Education) | Mid-Atlantic Institue on Bankruptcy and Reorganization |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Willard Associates |
| 2. | 2018 | Trade Center Management Assoc, LLC |
| 3. | 2018 | Marriott Int'l, agent for Ritz Carlton Hotel Co., LLC |
| 4. | 2018 | D.C. Dept. of Employment Services |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Association | 2/22-23/2018 | Virginia Beach, VA | Presentation at continuing legal education seminar | Hotel, dinner, mileage |
| 2. | American Bankruptcy Institute (Duberstein Moot Court Competition) | 3/4-6/2018 | New York, NY | Judge at Moot Court Competition | Hotel, dinner, train fare |
| 3. | Northern Virginia Bankruptcy Bar | 10/3/2018 | Vienna, VA | Bench-Bar Relations | Dinner |
| 4. | Mid-Atlantic Institute on Bankruptcy and Reorganization | 9/9/2018 | Charlottesville, VA | Presentation at continuing legal education seminar | Mileage |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kenney , Brian F. | 05/13/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | Richmond Bankruptcy Bar Association | 3/28/2018 | Richmond, VA | Presentation at legal education seminar | Mileage |
| 6. | Northern Virginia Bankruptcy Bar | 4/25/2018 | Vienna, VA | Bench-Bar Relations | Dinner |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, N.A. | Mortgage on Investment Property, Springfield, VA | M |
| 2. | Bank of America, N.A. | Revolving Credit Accounts | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Money Market Savings | A | Interest | J | T | | | | | |
| 2. United Bank (formerly Virginia Commerce Bank) - CD | A | Interest | L | T | | | | | |
| 3. Rental Property, Springfield, VA | E | Rent | L | W | | | | | |
| 4. Rental Property, Mendoza, Argentina | C | Rent | L | W | | | | | |
| 5. 529 Account, American Funds - #1 (H) | | | | | | | | | |
| 6. -- New Perspective Fund - 529A | A | Dividend | K | T | | | | | |
| 7. -- Capital World Growth and Income - 529A | A | Dividend | K | T | | | | | |
| 8. -- Washington Mutual Investors Fund - 529A | A | Dividend | K | T | | | | | |
| 9. -- American Balanced Fund - 529A | A | Dividend | K | T | | | | | |
| 10. -- The Bond Fund of America - 529A | A | Dividend | K | T | | | | | |
| 11. 529 Account, American Funds - #2 (H) | | | | | | | | | |
| 12. -- New Perspective Fund - 529A | A | Dividend | K | T | | | | | |
| 13. -- Capital World Growth and Income - 529A | A | Dividend | K | T | | | | | |
| 14. -- Washington Mutual Investors Fund - 529A | A | Dividend | K | T | | | | | |
| 15. -- American Balanced Fund - 529A | A | Dividend | K | T | | | | | |
| 16. -- The Bond Fund of America - 529A | A | Dividend | K | T | | | | | |
| 17. 529 Account, American Funds - #3 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- New Perspective Fund - 529A | A | Dividend | K | T | | | | | |
| 19. -- Capital World Growth and Income - 529A | A | Dividend | K | T | | | | | |
| 20. -- Washington Mutual Investors Fund - 529A | A | Dividend | K | T | | | | | |
| 21. -- American Balanced Fund - 529A | A | Dividend | K | T | | | | | |
| 22. -- The Bond Fund of America - 529A | A | Dividend | K | T | | | | | |
| 23. 529 Account, American Funds - #4 (H) | | | | | | | | | |
| 24. -- New Perspective Fund - 529A | A | Dividend | K | T | | | | | |
| 25. -- Capital World Growth and Income - 529A | A | Dividend | K | T | | | | | |
| 26. -- Washington Mutual Investors Fund - 529A | A | Dividend | K | T | | | | | |
| 27. -- American Balanced Fund - 529A | A | Dividend | K | T | | | | | |
| 28. -- The Bond Fund of America - 529A | A | Dividend | K | T | | | | | |
| 29. 529 Account, American Funds - #5 (H) | | | | | | | | | |
| 30. -- New Perspective Fund - 529A | A | Dividend | K | T | | | | | |
| 31. -- Capital World Growth and Income - 529A | A | Dividend | K | T | | | | | |
| 32. -- Washington Mutual Investors Fund - 529A | A | Dividend | K | T | | | | | |
| 33. -- American Balanced Fund - 529A | A | Dividend | K | T | | | | | |
| 34. -- The Bond Fund of America - 529A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Captial One - Money Market Savings | A | Interest | L | T | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian F. Kenney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544